UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.J. MCELROY,

    Plaintiff,

v.

NANCY ADAM,

    Defendant.

Case No. 17-cv-03348-YGR (PR)

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant has moved for a five-and-a-half-month extension of time to file her motion for summary judgment. The Court has read and considered Defendant's motion for extension of time and the accompanying declaration of counsel and, good cause appearing, Defendant's requested extension of time is GRANTED in part and DENIED in part. The Court DENIES a five-and-a-half-month extension as unwarranted, and instead GRANTS a three-and-a-half-month extension of time for Defendant to file her motion for summary judgment, up to and including **October 17, 2018**.

Plaintiff's opposition to Defendant's motion for summary judgment shall be filed with the Court and served on Defendant no later than **twenty-eight (28) days** from the date Defendant's motion is filed.

Defendant's reply brief shall be filed no later than **fourteen (14) days** after Plaintiff's opposition is filed on the Court's electronic filing system. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

The Court notes that this is the first extension in this case. The granting of regular requests for extension should not be expected.

This Order terminates Docket no. 31.

IT IS SO ORDERED.

Dated: July 10, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge