UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. J. MCELROY,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY ADAM,<br><br>    Defendant. | Case No. 17-cv-03348-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendant's Motion to Revoke *In Forma Pauperis* Status; Granting Motion to Dismiss; Granting Request for Judicial Notice; and Terminating All Remaining Pending Motions,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: July 1, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge